LEWIS S. SAMUEL, Respondent, *v.* THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.

(Argued March 21, 1890; decided April 15, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 28, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Thomas S. Moore* for appellant.

*Daniel P. Hays* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.